IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO.: 3:16cv72-GCM

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Approximately $49,849.02 in funds seized from | ) | DEFAULT JUDGMENT |
| Bank of America Account XXXXXXXX8617, | ) | |
| such account held in the name of Norrab | ) | |
| Enterprises LLC DBA Five Four Auto; | ) | |
| | ) | |
| Approximately $5,559 in United States Currency | ) | |
| seized during a search of 12512 Cumberland | ) | |
| Crest Dr., Huntersville, North Carolina; and | ) | |
| | ) | |
| Two United States Postal Service Money Orders, | ) | |
| in the amount of $550 each, seized during a search | ) | |
| of 12512 Cumberland Crest Dr., Huntersville, | ) | |
| North Carolina | ) | |
| _____ | ) | |

THIS CAUSE IS BEFORE THE COURT upon Motion of the Plaintiff, United States of

America, for Default Judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil

Procedure.  It appears from the Plaintiff's Motion and from the record that no person, excluding

Pawnee Leasing Corporation and Pentagon Federal Credit Union, has filed a claim and answer in

this matter, and that the time for doing so has expired.

NOW, THEREFORE, Default is entered against all persons in the world, excluding

Pawnee Leasing Corporation and Pentagon Federal Credit Union, and the following properties

are finally forfeited to the United States of America for disposition according to law:

- Approximately $5,559 in United States Currency seized during a search of 12512
  Cumberland Crest Dr., Huntersville, North Carolina; and

- Two United States Postal Service Money Orders, in the amount of $550 each, seized during a search of 12512 Cumberland Crest Dr., Huntersville, North Carolina.

The remaining approximately $49,849.02 in funds seized from Bank of America Account XXXXXXXX8617, such account held in the name of Norrab Enterprises LLC DBA Five Four Auto, shall be turned over to Pawnee Leasing Corporation and Pentagon Federal Credit Union as set forth in the Consent Order for Third Party Petitions (Doc. 10).

SO ORDERED.

Signed: September 26, 2016

Graham C. Mullen
United States District Judge